CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/ Fax: 702.388.6418
rachel.kent@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER PRILL,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00699-BNW<br><br>**Stipulation to Continue Bench Trial (Fourth Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, James Gallo, Esquire, counsel for the defendant, that the bench trial in the above-captioned matter, currently scheduled for August 10, 2021 at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to date and time convenient to the Court.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the Defendant needs time to consult with Defendant to adequately prepare for trial and/or possible negotiations with the Government.

　　　　2.　　Defendant is out of custody and agrees to the continuance.

3.     Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.     This is the fourth request for continuance of the trial in this case.

DATED this  2nd   day of August, 2021.

|  | Respectfully submitted, |
|---|---|
|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ James Gallo | /s/ Rachel Kent |
| JAMES GALLO, ESQ.<br>Counsel for defendant<br>**WALTER PRILL** | RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER PRILL,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00699-BNW<br><br>**Order Continuing Bench Trial** |

　　　Based on the pending stipulation of counsel, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 10, 2021, at the hour of 9:00 a.m. be vacated and continued to  October 18, 2021  , at the hour of 9:00 a.m.

　　　DATED this  9th  day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE