JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
WALTER PRILL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  20-MJ-00699-BNW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE TRIAL |
| ) | |
| WALTER PRILL, ) | |
| ) | |
| Defendant, ) | (Fourth Request) |
| ) | |

IT IS HEREBY STIPULATED by and between WALTER PRILL, Defendant, by and through counsel JAMES C. GALLO, JR., ESQ.; and the United States of America, by and through, RACHEL KENT, ESQ., Assistant United States Attorney, and the trial currently scheduled for October 18, 2021, at the hour of 9:00 a.m., be continued to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant and the U.S. Attorney Rachel Kent have agreed to stipulate to continue the trial and Ms. Kent has no objection to this continuance.

2. Counsel for Defendant is in a jury trial in District Court Department X, on case number C-19-340899-2, for and estimated two-week trial that started on October 11, 2021.

3. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

6. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C.  3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

7. This is the fourth request for a continuance of the trial date in this case.

DATED this 15th day of October, 2021.

Respectfully submitted.

GALLO LAW OFFICE                    UNITED STATES ATTORNEY


___/S/ James C. Gallo_____          ___/S/ Rachel Kent_____
JAMES C. GALLO, ESQ.                 RACHEL KENT, ESQ.
Nevada Bar No. 005959                Assistant United States Attorney
818 S. Casino Center Blvd.           Nevada Bar No. _____
Las Vegas, NV  89101                 501 Las Vegas Boulevard South. #1100
Attorney for Defendant               Las Vegas, NV  89101
WALTER PRILL

JAMES C. GALLO, ESQ.
Nevada bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
WALTER PRIL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  20-MJ-00699-BNW |
| Plaintiff, | |
| v. | ORDER TO CONTINUE TRIAL |
| WALTER PRILL, | |
| Defendant, | (Fourth Request) |

<u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant and the U.S. Attorney Rachel Kent have agreed to stipulate to continue the trial and Ms. Kent has no objection to this continuance.

2. Counsel for Defendant is in a jury trial in District Court Department X, on case number C-19-340899-2, for an  estimated two-week trial that started on October 11, 2021.

3. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

6. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C.  3161 (h)(7)(B) (i) and 3161 (h)(7)(B)(iv).

7. This is the fourth request for a continuance of the trial date in this case.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendant in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. 3161(h)(7) (B)(i), considering the factors under title 18 U.S.C.  3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

## ORDER

IT IS FURTHER ORDERED that the trial scheduled for October 18, 2021, at the hour of 9:00 a.m., be vacated and continued for at least sixty days to this ___20th___ day of ___December___ ,2021, at the hour of __9:00__ a.m.      in Courtroom __3B__ .

-4-

IT IS SO ORDERED

DATED: 9:31 am, October 18, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE